Appeal by the defendant from a judgment of the County Court, Orange County (Freehill, J.), rendered November 20, 2015, convicting him of attempted arson in the second degree, upon his plea of guilty, and imposing sentence.
 

 Ordered that the judgment is affirmed.
 

 The sole issue raised by the defendant on his appeal from the judgment of conviction is whether the sentence imposed was excessive. The record, however, demonstrates that the defendant knowingly, voluntarily, and intelligently waived his right to appeal (see People v Sanders, 25 NY3d 337, 339-342 [2015]; People v Lopez, 6 NY3d 248, 256-257 [2006]). The defendant’s valid waiver of the right to appeal precludes review of his contention that the sentence imposed was excessive (see People v Lopez, 6 NY3d at 255-256).
 

 Leventhal, J.P., Austin, Cohen and Brathwaite Nelson, JJ., concur.